# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3927

_____

| | | |
|---|---|---|
| Allen Ray Bishop, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Arkansas. |
| Donnie Threet, Deputy; | * | |
| Bob Ross, Sheriff, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: February 27, 2002

Filed: March 4, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Allen Ray Bishop, a former inmate at the Crawford County Detention Center in Van Buren, Arkansas, appeals from the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action alleging deliberate indifference. Upon

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

de novo review of the record, we conclude that summary judgment was proper. <u>See</u> <u>Larson v. City of Fergus Falls</u>, 229 F.3d 692, 696 (8th Cir. 2000) (standard of review); <u>Keeper v. King</u>, 130 F.3d 1309, 1314 (8th Cir.1997) (to prove deliberate indifference, plaintiff had to show defendants knew of, yet disregarded, excessive risk to his health); <u>Sanders v. Sears, Roebuck & Co.</u>, 984 F.2d 972, 975 (8th Cir. 1993) (respondeat-superior-based claim "is not cognizable under § 1983"). Further, the district court did not commit a gross abuse of discretion affecting the fundamental fairness of the proceedings by refusing to compel discovery. <u>See</u> <u>Stuart v. Gen. Motors Corp.</u>, 217 F.3d 621, 630 (8th Cir. 2000) (standard of review).

Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-